UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANN H. ROSS, et al.,** | ) |
| **Plaintiffs,** | ) |
| v. | ) Civil Action No. 02-2404 (RCL) |
| **DYNCORP, et al.,** | ) |
| **Defendants.** | ) |

## ORDER

In accordance with the Memorandum Opinion issued this date, and upon consideration of the defendants' Motion [17] for Summary Judgment, the opposition thereto, the reply brief, the applicable law, and the entire record herein, it is hereby

ORDERED that the defendants' Motion [17] for Summary Judgment is GRANTED; and it is further

ORDERED that JUDGMENT is hereby ENTERED in this case against the plaintiffs and in favor of the defendants; and it is further

ORDERED that the plaintiffs' complaint is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 31, 2005.